■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ELLIS, Also Known as EVERETT BURNS, Appellant.—Appeal by defendant from an amended judgment of the Supreme Court, Kings County, rendered February 19, 1976, which, upon his plea of guilty to a charge of violating probation, (1) revoked the sentence of probation previously imposed upon his conviction of attempted criminal possession of a dangerous drug in the fourth degree and (2) resentenced him to a prison term of one year. Amended judgment affirmed. The defendant has been released from prison. Hopkins, Acting P. J., Martuscello, Latham and Damiani, JJ., concur.